B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pearson, Aimee** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Aimee Podgorak** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3297** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**12542 S. Keeler**<br>**Alsip, IL** | ZIP Code<br>**60803** | Street Address of Joint Debtor (No. and Street, City, and State): | ZIP Code |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | ZIP Code | Mailing Address of Joint Debtor (if different from street address): | ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pearson, Aimee** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Thomas W. Lynch**              **September 28, 2011**<br>Signature of Attorney for Debtor(s)              (Date)<br>**Thomas W. Lynch 6194247** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Pearson, Aimee** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Aimee Pearson**
Signature of Debtor  **Aimee Pearson**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 28, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Thomas W. Lynch**
Signature of Attorney for Debtor(s)

**Thomas W. Lynch 6194247**
Printed Name of Attorney for Debtor(s)

**Law Office of Thomas W. Lynch, P.C.**
Firm Name

**9231 S. Roberts Road**
**Hickory Hills, IL 60457**

_____
Address

**Email: twlpc@att.net**
**(708) 598-5999  Fax: (708) 598-6299**
Telephone Number

**September 28, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Aimee Pearson** _____  Case No. _____

_____ Debtor(s)   Chapter  **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Aimee Pearson**
                                    **Aimee Pearson**

Date:    **September 28, 2011**

B6F (Official Form 6F) (12/07)

In re __**Aimee Pearson**_____,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **116939224**<br><br>**Advocate Good Samaritan Hospital Bankruptcy Department PO Box 93548 Chicago, IL 60673-3548** | - | | | | 8/2007<br>**Balance due for unpaid medical services** | | | | 156.00 |
| Account No. **A40483453/P34671809**<br><br>**Allied Interstate PO Box 361774 Columbus, OH 43236** | - | | | | 10/2007<br>**Balance due for unpaid storage services received from Public Storage** | | | | 229.00 |
| Account No. **40483453**<br><br>**Allied Interstate PO Box 361445 Columbus, OH 43236** | - | | | | 2/2008<br>**Balance due on account with public storage** | | | | 228.00 |
| Account No. **Aimee's Restaurant**<br><br>**Ampest Exterminating 9243 W 143rd Street Orland Park, IL 60462** | - | | | | 6/2007<br>**Personal liability for umpaid exterminating services** | | | | 150.00 |

__9___ continuation sheets attached

Subtotal
(Total of this page)        **763.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          S/N:35503-110822   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aimee Pearson**                                                           Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **3189**<br><br>**Armor Construction Inc**<br>**13700 McCarthy Road**<br>**Lemont, IL 60439** | - | | | | Any potential claims arising from foreclosure of business mixed commercial/residential two-story building located at 326 Main Street, Lemont, Illinois. | | | | **Unknown** |
| Account No. **2009 M1 125402**<br><br>**Asset Acceptance**<br>**C/O Sanjay S. Julta Esq**<br>**55 E Jackson, 16th Floor**<br>**Chicago, IL 60604** | - | | | | 2009<br>Judgment against the Debtor for her unpaid collection account | | | | **7,583.00** |
| Account No. **05-011376646**<br><br>**CBE Group**<br>**131 Tower Park Drive**<br>**Waterloo, IA 50704** | - | | | | 7/2007<br>Personal liability for unpaid satellite services received frmo Dish Network | | | | **293.00** |
| Account No. **517945869002**<br><br>**Chase**<br>**Bankruptcy Department**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | - | | | | 1/2009<br>Balance due on the Debtor's Chase account | | | | **5,454.00** |
| Account No. **4266-8801-3581-7811**<br><br>**Chase**<br>**Bankruptcy Department**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | - | | | | 3/2009<br>Balance due on the Debtor's Chase account | | | | **4,640.00** |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **17,970.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aimee Pearson**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **542418014286** | | | | **2008** **Balance due on the Debtor's Citi account** | | | | |
| **CitiBank** **C/O Asset Acceptance** **PO Box 2036** **Warren, MI 48090-2036** | - | | | | | | | 11,573.00 |
| Account No. **1434803303** | | | | **11/2007** **Balance due for unpaid cable services** | | | | |
| **Comcast Cable** **PO Box 3002** **Southeastern, PA 19398-3002** | - | | | | | | | 150.00 |
| Account No. **0348643023** | | | | **12/2007** **Personal liability for unpaid electrical services for the Debtor's corporation** | | | | |
| **ComEd Company** **Customer Care Ctr, Attn Revenue Mgm** **2100 Swift Drive** **Oak Brook, IL 60523** | - | | | | | | | 2,606.00 |
| Account No. **2009 M1 171204** | | | | **2009** **Judgment against the Debtor for her unpaid account with Discover, account number 6011-2986-0214-2758** | | | | |
| **Discover Bank** **C/O Baker & Miller** **29 N. Wacker Drive** **Chicago, IL 60603** | - | | | | | | | 9,134.00 |
| Account No. **00723239** | | | | **7/2006** **Balance due for unpaid medical services** | | | | |
| **DNL Health Care Services** **2350 E Devon, Ste 213** **Des Plaines, IL 60018** | - | | | | | | | 800.00 |

Sheet no. __2___ of __9___ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)    | 24,263.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aimee Pearson**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **43680-0018251363**<br><br>**Downers Grove National Bank<br>Bankruptcy Department<br>5140 Main Street<br>Downers Grove, IL 60515** | - | | | **11/2007<br>Balance due on the Debtor's closed checking account** | | | | **526.00** |
| Account No. **003 102998**<br><br>**DuPage Emergency Physicians<br>PO Bxo 88495, Dept A<br>Chicago, IL 60680-1495** | - | | | **11/2007<br>Balance due for unpaid medical services** | | | | **46.00** |
| Account No. **2008 M3 0324**<br><br>**Empire Cooler Services<br>C/O Schwartz, Wolf & Bernstein<br>314 N McHenry Rd<br>Buffalo Grove, IL 60089** | - | | | **2008<br>Judgment against the Debtor for personal liability relating to services for the Debtor's closed business** | | | | **9,000.00** |
| Account No. **GL5560**<br><br>**First Data Merchant Services<br>C/O NCO Financial Services<br>PO Box 4903<br>Trenton, NJ 08650-4903** | - | | | **12/2007<br>Personal liability for an upaid business account** | | | | **328.00** |
| Account No. **AIMEE'S**<br><br>**Foster & Son Fire Extinguishers<br>7309 W 90th Street<br>Bridgeview, IL 60455** | - | | | **10/2006<br>Personal liability for an unpaid fire extinguisher** | | | | **80.00** |

Sheet no. __**3**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,980.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aimee Pearson**                                              ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **D48025**<br><br>**Home Pages Directories**<br>**C/O McCarthy, Burges & Wolf**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | - | | | **12/2007**<br>**Personal liability for unpaid advertisement** | | | | 919.00 |
| Account No. **Aimee's Restaurant**<br><br>**JS Paluch Co**<br>**PO Box 2703**<br>**Schiller Park, IL 60176** | - | | | **11/2007**<br>**Personal liability for unpaid restaurant related services** | | | | 246.00 |
| Account No. **2007 M1 199685**<br><br>**Judge & Dolph**<br>**C/O Abrams & Abrams, PC**<br>**180 W Washington St, Ste 910**<br>**Chicago, IL 60602** | - | | | **2008**<br>**Judgment against the Debtor for personal liability relating to food services for the Debtor's closed business** | | | | 2,100.00 |
| Account No. **7843940**<br><br>**KCA Financial**<br>**PO Box 53**<br>**Geneva, IL 60134-0053** | - | | | **7/2006**<br>**Balance due for unpaid medical services** | | | | 85.00 |
| Account No. **0203**<br><br>**Lemont Fire Protection District**<br>**15900 New Ave**<br>**Lemont, IL 60439** | - | | | **1/2007**<br>**Personal liability for unpaid village services** | | | | 1,100.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aimee Pearson**                                                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **258199** <br><br> **Lemont Fire Protection District** <br> **PO  Box 438495** <br> **Chicago, IL 60643** | - | | **12/2006** <br> **Balance due for unpaid ambulatory services** | | | | 450.00 |
| Account No. **60092** <br><br> **Liberty Suburban Newspapers** <br> **Bankruptcy Department** <br> **1101 W 31st St, Ste 100** <br> **Downers Grove, IL 60515** | - | | **8/2006** <br> **Personal liabilty for unpaid newspaper services** | | | | 348.00 |
| Account No. **Aimee's** <br><br> **Mickey's Linen** <br> **PO Box 5789** <br> **Villa Park, IL 60181** | - | | **6/2007** <br> **Personal liabilty for unpaid linen services** | | | | 663.00 |
| Account No. **3122258** <br><br> **Monitronics, Inc** <br> **8628 Innovation Way** <br> **Chicago, IL 60682** | - | | **5/2006** <br> **Personal liability for unpaid security services** | | | | 173.00 |
| Account No. **2008 M5 553** <br><br> **Nicor Gas** <br> **C/O Claims Litigation Department** <br> **PO Box 585** <br> **Aurora, IL 60507** | - | | **2008** <br> **Judgmetn for personal liability for unpaid gas services for the Debtor's closed business** | | | | 15,684.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,318.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aimee Pearson**                                                                    Case No. _____
                                                      ,
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **H000488940**<br><br>**Palos Community Hospital**<br>**12251 South 80th Ave**<br>**Palos Heights, IL 60463** | - | | | | **12/2006**<br>**Balance due for unpaid medical services** | | | | **916.00** |
| Account No. **1-104621.0**<br><br>**Palos Emergency Med Svcs**<br>**9944 S. Roberts Rd, Ste 204**<br>**Palos Hills, IL 60465** | - | | | | **12/2006**<br>**Balance due for unpaid medical services** | | | | **274.00** |
| Account No. **4917**<br><br>**PR Ventures**<br>**6235 Havelock Ave**<br>**Lincoln, NE 68507** | - | | | | **4/2007**<br>**Personal liability for unpaid food services** | | | | **300.00** |
| Account No. **00071299**<br><br>**Quality Quickprint**<br>**2405 Caton Farm Road**<br>**Crest Hill, IL 60403** | - | | | | **9/2006**<br>**Personal liability for unpaid printing services** | | | | **33.00** |
| Account No. **H00048940**<br><br>**Quest Diagnostics**<br>**Bankruptcy Department**<br>**PO Box 64804**<br>**Baltimore, MD 21264-4804** | - | | | | **12/2006**<br>**Balance due for unpaid lab services** | | | | **232.00** |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,755.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aimee Pearson**                                                              ,                    Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H000488940** <br><br> **Radiology & Nuclear Cons** <br> **7808 College Dr, Ste 1** <br> **Palos Heights, IL 60463-1095** | - | | **2007** <br> **Balance due for unpaid medical services** | | | | **70.00** |
| Account No. **Aimee's Restaurant** <br><br> **Remeikis Enterprises** <br> **C/O Saulius V Modestas** <br> **25 E Washington, Ste 1804** <br> **Chicago, IL 60602** | - | | **2010** <br> **Any potential claims arising from foreclosure of business mixed commercial/residential two-story building located at 326 Main Street, Lemont, Illinois.** | | | | **Unknown** |
| Account No. **14136562** <br><br> **State Collection** <br> **Bankruptcy Department** <br> **PO Box 6520** <br> **Madison, WI 53716** | - | | **12/2009** <br> **Balance due for unpaid medical services** | | | | **90.00** |
| Account No. **14136774** <br><br> **State Collection** <br> **Bankruptcy Department** <br> **PO Box 6520** <br> **Madison, WI 53716** | - | | **7/2006** <br> **Balance due for unpaid medical services** | | | | **85.00** |
| Account No. **9381116** <br><br> **State of Illinois** <br> **Office of the State Fire Marshall** <br> **1035 Stevenson Drive** <br> **Springfield, IL 62703** | - | | **6/2007** <br> **Personal liabilty for unpaid inspection violations** | | | | **200.00** |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **445.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aimee Pearson**                                                                          Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2920** <br><br> **Supreme Lobster** <br> **220 E North Ave** <br> **Villa Park, IL 60181-1221** | - | | **7/2007** <br> **Personal liability for unpaid food services** | | | | **580.00** |
| Account No. **2436** <br><br> **Swanel Inc** <br> **Bankruptcy Department** <br> **PO Box 1186** <br> **Hammond, IN 46325** | - | | **5/2007** <br> **Personal liability for unpaid beverage services for the Debtor's corporation** | | | | **1,261.00** |
| Account No. **07-1164** <br><br> **Union Beverage Co** <br> **C/O Catherine Elliott Dune, Atty** <br> **PO box 10371** <br> **Chicago, IL 60610** | - | | **8/2007** <br> **Personal liability for unpaid beverage services** | | | | **1,047.00** |
| Account No. **2007 CH 28234** <br><br> **US Bank NA** <br> **C/O Heavner, Scott, Beyers & Mihlar** <br> **111 E. Main Street, Ste 200** <br> **Decatur, IL 62525** | - | | **2009** <br> **Any potential claims arising from foreclosure of business mixed commercial/residential two-story building located at 326 Main Street, Lemont, Illinois.** | | | | **Unknown** |
| Account No. **64745594** <br><br> **US Bank NA** <br> **Bankruptcy Department** <br> **9918 Hibert Street** <br> **San Diego, CA 92131** | - | | **2009** <br> **Any potential claims arising from second mortgage after foreclosure of business mixed commercial/residential two-story building located at 326 Main Street, Lemont, Illinois.** | | | | **Unknown** |

Sheet no. __**8**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **2,888.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aimee Pearson**                                                                  Case No. _____
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2008 M1 188006** <br><br> **US Food Service** <br> **C/O Stein & Rotman** <br> **105 W Madison St, Ste 600** <br> **Chicago, IL 60602** | - | | **2008** <br> **Judgment against the Debtor for personal liability relating to food services for the Debtor's closed business** | | | | **4,362.00** |
| Account No. **Aimees Restaurant** <br><br> **Village of Lemont** <br> **Bankruptcy Department** <br> **418 Main Street** <br> **Lemont, IL 60439** | - | | **Any potential claims arising from foreclosure of business mixed commercial/residential two-story building located at 326 Main Street, Lemont, Illinois.** | | | | **Unknown** |
| Account No. 801108523920073 <br><br> **Waste Management** <br> **Bankruptcy Department** <br> **PO Box 4648** <br> **Carol Stream, IL 60197** | - | | **12/2007** <br> **Personal liability for unpaid waste services** | | | | **663.00** |
| Account No. 585637068968 <br><br> **WFNNB** <br> **C/O Asset Acceptance** <br> **PO Box 2036** <br> **Warren, MI 48090** | - | | **2009** <br> **Balance due on Harlem Furniture account** | | | | **7,361.00** |
| Account No. | | | | | | | |

Sheet no. __9___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br> (Total of this page) | **12,386.00** |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **92,218.00** |

Advocate Good Samaritan Hospital
Bankruptcy Department
PO Box 93548
Chicago, IL 60673-3548


Allied Interstate
PO Box 361774
Columbus, OH 43236


Allied Interstate
PO Box 361445
Columbus, OH 43236


Ampest Exterminating
9243 W 143rd Street
Orland Park, IL 60462


Armor Construction Inc
13700 McCarthy Road
Lemont, IL 60439


Asset Acceptance
C/O Sanjay S. Julta Esq
55 E Jackson, 16th Floor
Chicago, IL 60604


CBE Group
131 Tower Park Drive
Waterloo, IA 50704


Chase
Bankruptcy Department
800 Brooksedge Blvd
Westerville, OH 43081


Chase
C/O NAFS
PO Box 9027
Buffalo, NY 14231-9027


Citi
C/O NCO Financial Systems
PO Box 15889
Wilmington, DE 19850-5889

CitiBank
C/O Asset Acceptance
PO Box 2036
Warren, MI 48090-2036


Citibank
Bankruptcy Department
PO Box 183036
Columbus, OH 43218


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


ComEd Company
Customer Care Ctr, Attn Revenue Mgm
2100 Swift Drive
Oak Brook, IL 60523


Discover Bank
C/O Baker & Miller
29 N. Wacker Drive
Chicago, IL 60603


Discover Financial
Bankruptcy Department
PO Box 15316
Wilmington, DE 19850


Dish Network
Dept 0063
Palatine, IL 60055-0063


DNL Health Care Services
2350 E Devon, Ste 213
Des Plaines, IL 60018


Downers Grove National Bank
Bankruptcy Department
5140 Main Street
Downers Grove, IL 60515


DuPage Emergency Physicians
PO Bxo 88495, Dept A
Chicago, IL 60680-1495

Empire Cooler Services
C/O Schwartz, Wolf & Bernstein
314 N McHenry Rd
Buffalo Grove, IL 60089


Empire Cooler Services
940 W Chicago Ave
Chicago, IL 60622


First Data Merchant Services
C/O NCO Financial Services
PO Box 4903
Trenton, NJ 08650-4903


Foster & Son Fire Extinguishers
7309 W 90th Street
Bridgeview, IL 60455


Harris and Harris
600 West Jackson Blvd
Suite 400
Chicago, IL 60661


Home Pages Directories
C/O McCarthy, Burges & Wolf
26000 Cannon Road
Bedford, OH 44146


Illinois Dept of Revenue
Bankruptcy & Bulk, Level 7-425
100 W Randolph, 7th Floor
Chicago, IL 60601


Illinois Dept of Revenue
PO Box 19084
Springfield, IL 62794-9084


JS Paluch Co
PO Box 2703
Schiller Park, IL 60176


Judge & Dolph
C/O Abrams & Abrams, PC
180 W Washington St, Ste 910
Chicago, IL 60602

KCA Financial
PO Box 53
Geneva, IL 60134-0053


Lemont Fire Protection District
15900 New Ave
Lemont, IL 60439


Lemont Fire Protection District
PO  Box 438495
Chicago, IL 60643


Liberty Suburban Newspapers
Bankruptcy Department
1101 W 31st St, Ste 100
Downers Grove, IL 60515


Mickey's Linen
PO Box 5789
Villa Park, IL 60181


Midland Credit Mgmt
Bankruptcy Department
PO Box 939019
San Diego, CA 92193


Monitronics, Inc
8628 Innovation Way
Chicago, IL 60682


Nicor Gas
C/O Claims Litigation Department
PO Box 585
Aurora, IL 60507


Nicor Gas
Bankruptcy Department
1844 Ferry Road, 7W
Naperville, IL 60563


Palos Community Hospital
12251 South 80th Ave
Palos Heights, IL 60463

Palos Emergency Med Svcs
9944 S. Roberts Rd, Ste 204
Palos Hills, IL 60465


PR Ventures
6235 Havelock Ave
Lincoln, NE 68507


Quality Quickprint
2405 Caton Farm Road
Crest Hill, IL 60403


Quest Diagnostics
Bankruptcy Department
PO Box 64804
Baltimore, MD 21264-4804


Radiology & Nuclear Cons
7808 College Dr, Ste 1
Palos Heights, IL 60463-1095


Remeikis Enterprises
C/O Saulius V Modestas
25 E Washington, Ste 1804
Chicago, IL 60602


State Collection
Bankruptcy Department
PO Box 6520
Madison, WI 53716


State of Illinois
Office of the State Fire Marshall
1035 Stevenson Drive
Springfield, IL 62703


Supreme Lobster
220 E North Ave
Villa Park, IL 60181-1221


Swanel
C/O Biehl & Biehl
PO Box 87410
Carol Stream, IL 60188

Swanel Inc
Bankruptcy Department
PO Box 1186
Hammond, IN 46325


Transworld Systems
25 NW Point Blvd, #750
Elk Grove Village, IL 60007


Union Beverage Co
C/O Catherine Elliott Dune, Atty
PO box 10371
Chicago, IL 60610


US Bank NA
C/O Heavner, Scott, Beyers & Mihlar
111 E. Main Street, Ste 200
Decatur, IL 62525


US Bank NA
Bankruptcy Department
9918 Hibert Street
San Diego, CA 92131


US Food Service
C/O Stein & Rotman
105 W Madison St, Ste 600
Chicago, IL 60602


US Food Service
C/O Butterfield & Associates, Inc
PO Box 34629
Louisville, KY 40232


Village of Lemont
Bankruptcy Department
418 Main Street
Lemont, IL 60439


Waste Management
Bankruptcy Department
PO Box 4648
Carol Stream, IL 60197

```
WFNNB
C/O Asset Acceptance
PO Box 2036
Warren, MI 48090


WFNNB
Bankruptcy Department
PO Box 659728
San Antonio, TX 78265
```